UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SALVADOR VARGAS,
     Plaintiff,    :

             :

v.            :

             :

ALPHONSE DIPILATO; ALPHONSO'S :
PIZZERIA, INC.; and JOHN DOE CORP., :
     Defendants.   :

------------------------------------------------------------x

**ORDER**

21 CV 3884 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5|3|21

Under Rule 18 of the SDNY Rules for the Division of Business Among District Judges, a civil case must be designated for assignment to White Plains if:

 i. The claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan, or Westchester (the "Northern Counties") and at least one of the parties resides in the Northern Counties; or

 ii. The claim arose in whole or in major part in the Northern Counties and none of the parties resides in this District.

A civil case may also be designated for assignment to White Plains if:

 iii. The claim arose outside this district and at least some of the parties reside in the Northern Counties; or

 iv. At least half of the parties reside in the Northern Counties.

According to the complaint, the claim arose in Manhattan (i.e., New York County), which is where plaintiff was employed at defendants' restaurant.

The complaint also alleges that plaintiff is a resident of "New York," without specifying his county of residence. However, in the civil cover sheet, plaintiff's address is listed as Kings County, which is in the Eastern District of New York.

The complaint further alleges that defendant Alphonso's Pizzeria, Inc., is located in New York County. And although plaintiff alleges defendant Alphonse Dipilato resides in Orange County, it does not appear that at least half of the parties reside in the Northern Counties. Thus, it does not appear this case was properly designated to White Plains.

Accordingly, by May 10, 2021, plaintiff's counsel is directed to submit a letter to the Court either acknowledging that this case should be transferred to Manhattan or explaining why

the case is properly designated for assignment to White Plains under Rule 18.

Dated: May 3, 2021
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge