United States District Court
Southern District of New York
_____

|  |  |
|---|---|
| Salvador Vargas | ) |
|  | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| - against - | ) Case No. 21 cv 3884 (ER) |
|  | ) |
| Alphonse Dipilato; | ) |
| Alphonso's Pizzeria, Inc.; and | ) **Default Judgment** |
| John Doe Corp. | ) |
|  | ) |
| Defendants. | ) |
|_____)

This action having commenced on May 2, 2021 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant Alphonso's Pizzeria, Inc. on May 12, 2021 via the New York Secretary of State, and proof of service having been filed on August 13, 2021, and Defendant Alphonso's Pizzeria, Inc. having been held in default; it is hereby

ORDERED ADJUDGED AND DECREED: that Plaintiff Salvador Vargas, recover from Defendant Alphonso's Pizzeria, Inc. the sum of $200,000, plus interest on the judgment at the legal rate until the judgment is satisfied, and that Plaintiff Salvador Vargas have execution therefore.

Dated: December 15, 2022

New York, New York         _____

Hon. Edgardo Ramos., U.S.D.J.