UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALVADOR VARGAS,

               Plaintiff,

– against –

ALPHONSE DIPILATO, LES PIZZA SHOP, LLC, a/k/a/ LES PIZZA, *and* JOHN DOES 1–5,

               Defendants.

**ORDER**

21-cv-3884 (ER)

Ramos, D.J.:

    The Court granted Plaintiff's motion for alternate service on October 19, 2023, and set November 19, 2023 as the deadline for service. Since then, there has been no activity in this case. Plaintiff is directed to submit a status update by December 22, 2023. Failure to do so may result in dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 4(m).

    It is SO ORDERED.

Dated:  December 6, 2023
            New York, New York

                                              EDGARDO RAMOS, U.S.D.J.