UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVADOR VARGAS<br><br>      Plaintiff,<br><br>-against-<br><br>ALPHONSO DIPILATO, ALPHONSO'S PIZ-ZERIA, INC.; LES PIZZA SHOP, LLC *a/k/a* LES PIZZA; JOHN DOES 1–5,<br><br>      Defendants. | **ORDER**<br><br>21-cv-3884 (ER) |

RAMOS, D.J.

  The Court is in receipt of the motion to dismiss filed by LES Pizza on January 26, 2024. Doc. 104.  It sets the following schedule:  Vargas' response will be due on February 16, 2024 and LES Pizza's reply will be due on February 23, 2024.

  SO ORDERED.

Dated: January 29, 2024
     New York, New York

                               _____
                                 EDGARDO RAMOS, U.S.D.J.