UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALVADOR VARGAS,

           Plaintiff,

– against –

ALPHONSE DIPILATO, LES PIZZA SHOP, LLC, a/k/a/ LES PIZZA, *and* JOHN DOES 1–5,

           Defendants.

**ORDER**

21-cv-3884 (ER)

Ramos, D.J.:

On January 26, 2024, LES Pizza Shop LLC ("LES Pizza") filed a motion to dismiss the case against it. Doc. 104. On March 6, 2024, Vargas filed a letter motion informing the Court of his intention to move to dismiss LES Pizza from this action. Doc. 116. The next day, on March 7, 2024, Vargas voluntarily dismissed LES Pizza pursuant to Federal Rule of Civil Procedure 41. Doc. 117.

Accordingly, LES Pizza's motion to dismiss is now moot. The Clerk of Court is respectfully to terminate the motion, Doc. 104 and 116.

SO ORDERED.

Dated:   June 3, 2024
          New York, New York

                                                Edgardo Ramos, U.S.D.J.