UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALVADOR VARGAS,

                    Plaintiff,

          – against –

ALPHONSE DIPILATO, ALPHONSO'S PIZZERIA,
INC., LES PIZZA SHOP, LLC, JOHN DOE CORP.,
*and* JOHN DOES 1-5,

                    Defendants.

**ORDER**

21-cv-3884 (ER)

Ramos, D.J.:

          Vargas and Dipilato are instructed to submit a joint status report by **April 16, 2026**.

Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P.

41(b).

It is SO ORDERED.

Dated:    April 9, 2026
          New York, New York

_____
          EDGARDO RAMOS, U.S.D.J.