# MEMO ENDORSED

April 14, 2026

Case No.: 21-cv-3884 (ER)

Salvador Vargas, Plaintiff

v.

Alphonse DiPilato, et al., Defendants

RECEIVED APR 21 2026 PRO SE OFFICE

Your Honor,

I respectfully request that the Court deny any motion for default judgment and dismiss this matter.

I had no involvement whatsoever with the business in question. I did not own, operate, or manage that entity, and I have no connection to the individual bringing these claims. I have never had any interaction with this person.

I relocated from New York in 2020 and have not resided or conducted business there since that time. The alleged service was made at a location with which I had no connection, and I was never properly notified of this action.

Under these circumstances, there is no basis to proceed against me.

Respectfully submitted,

Alphonse DiPilato

The telephonic show cause conference scheduled for May 1, 2026 will go forward, where the defendant can show cause why default judgment should not be entered in favor of the plaintiff.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: April 23, 2026
New York, New York

