UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALVADOR VARGAS,

                    Plaintiff,

            – against –

ALPHONSE DIPILATO, ALPHONSO'S PIZZERIA,
INC., LES PIZZA SHOP, LLC, JOHN DOE CORP.,
*and* JOHN DOES 1-5,

                    Defendants.

**ORDER**

21-cv-3884 (ER)

Ramos, D.J.:

 Mr. DiPilato, in response to your June 16 letter, the Court is unable to provide you with legal advice and recommends that you contact the Federal *Pro Se* Legal Assistance Project, a legal clinic that assists *pro se* litigants with their cases.  You may either visit their website https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/ or call 212-382-4794.

 Salvador Vargas filed a motion for default judgment against you on May 4, 2026.  You were required to respond to his motion by June 12, 2026.  **The Court will enter the default judgment if you fail to file a response to the motion by July 9, 2026.**

Dated: June 25, 2026
   New York, New York

EDGARDO RAMOS, U.S.D.J.