UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALVADOR VARGAS

Plaintiff,

– *against* –

ALPHONSE DIPILATO, ALPHONSO'S PIZZERIA, INC., *and* JOHN DOES 1-5,

Defendants.

**ORDER**

21 Civ. 3884 (ER)

RAMOS, D.J.:

On May 4, 2026, Plaintiff Salvador Vargas filed a motion for default judgment against Defendant Alphonse Dipilato. Doc. 144. On September 8, 2026, Mr. Dipilato submitted a letter responding to Plaintiff's motion for default judgment in part and requesting a 30-day extension from September 9, 2026 to October 9, 2026 in order to submit his full opposition to Plaintiff's motion. Doc. 159. On September 17, 2026, the Court granted Mr. Dipilato's request and directed him to respond by October 9, 2026. Doc. 162. On October 15, 2026, Plaintiff filed a letter in "reply" to Mr. Dipilato's letter filed on September 8, 2026. Doc. 163. As of today, Mr. Dipilato has still failed to respond.

Mr. Dipilato is directed to respond to Plaintiff's motion by October 30, 2026. If he fails to do so, this Court will construe his letter filed on September 8, 2026 (Doc. 159), as a full response to Plaintiff's motion and will issue an opinion based on the briefs submitted by the parties. No further extensions will be granted unless good cause is shown.

It is SO ORDERED.

Dated: October 16, 2026
New York, New York

Edgardo Ramos, U.S.D.J.